**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   JA-MAR R GARDNER    §
        SHANENE S GARDNER   §   Case No.: 09-38143
        §
        §
        §
       Debtor(s)   §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/13/2009.

2) This case was confirmed on 01/04/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/19/2010.

6) Number of months from filing to the last payment:  5

7) Number of months case was pending:  6

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     7,187.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 2,604.25 |
| Less amount refunded to debtor | $ 449.00 |
| **NET RECEIPTS** | $ 2,155.25 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,883.24 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 153.01 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,036.25 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CHASE AUTO FINANCE | SECURED | 6,153.00 | 6,209.68 | 6,153.00 | 90.00 | .00 |
| CREDIT ACCEPTANCE CO | SECURED | 2,577.00 | 3,270.05 | .00 | .00 | .00 |
| EQUILANT FINANCIAL S | SECURED | 15,000.00 | .00 | .00 | .00 | .00 |
| EQUILANT FINANCIAL S | UNSECURED | 20,984.00 | .00 | .00 | .00 | .00 |
| MIDWEST TITLE LOANS | SECURED | 7,750.00 | .00 | 7,750.00 | .00 | .00 |
| MIDWEST TITLE LOANS | UNSECURED | 7,250.00 | NA | NA | .00 | .00 |
| DIONE GARDNER | OTHER | .00 | NA | NA | .00 | .00 |
| DIONE GARDNER | PRIORITY | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,813.00 | 954.71 | 954.71 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,948.00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 654.00 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 3,234.00 | 949.87 | 949.87 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 3,799.00 | 1,855.50 | 1,855.50 | .00 | .00 |
| MICHAEL REESE HOSPIT | UNSECURED | 100.00 | 100.00 | 100.00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,053.00 | NA | NA | .00 | .00 |
| WELLGROUP HEALTH PAR | UNSECURED | 421.00 | 421.23 | 421.23 | .00 | .00 |
| CORPORATE COLLECTION | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| FINGERHUT DIRECT MAR | UNSECURED | 407.00 | 583.69 | 583.69 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 780.00 | 233.20 | 233.20 | .00 | .00 |
| AT&T | UNSECURED | 144.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CONFIN FIRST BANK OF | UNSECURED | 386.00 | NA | NA | .00 | .00 |
| COMCAST CHICAGO | UNSECURED | 348.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COMCAST | UNSECURED | 348.00 | NA | NA | .00 | .00 |
| CONFIN FIRST BANK OF | UNSECURED | 386.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 144.00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 950.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 770.00 | NA | NA | .00 | .00 |
| FIRST BANK OF DELAWA | UNSECURED | 607.00 | NA | NA | .00 | .00 |
| GE CONSUMER FINANCE | UNSECURED | 16,943.00 | 16,943.45 | 16,943.45 | .00 | .00 |
| MERRICK BANK | UNSECURED | 880.00 | 880.46 | 880.46 | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| VILLAGE OF S CHICAGO | UNSECURED | 225.00 | 575.30 | 575.30 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 1,662.00 | 2,675.59 | .00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 1,050.00 | 6,834.00 | .00 | .00 | .00 |
| MIDWEST SAVERS | UNSECURED | 2,031.00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 186.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 471.00 | NA | NA | .00 | .00 |
| BRIAN MATHIS | OTHER | .00 | NA | NA | .00 | .00 |
| MORRIS DRUMMER | OTHER | .00 | NA | NA | .00 | .00 |
| SAMUEL SNEED | OTHER | .00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | NA | 654.28 | 654.28 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | NA | 3,152.57 | .00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | NA | 1,333.00 | .00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | NA | 1,500.00 | .00 | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | NA | .00 | 56.68 | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | NA | 3,374.84 | 3,374.84 | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | NA | 3,374.84 | .00 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NA | 15,675.35 | .00 | .00 | .00 |
| CAPIO PARTNERS | UNSECURED | 100.00 | 300.00 | 300.00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | NA | 4,569.79 | .00 | .00 | .00 |
| SALLIE MAE | UNSECURED | NA | 737.94 | .00 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 29.00 | 29.00 | .00 |
| MSCB | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| ST JAMES HEALTH CENT | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF IL MED | UNSECURED | 175.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 13,903.00 | 90.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 13,903.00 | 90.00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 983.71 | 29.00 | .00 |
| **TOTAL PRIORITY:** | 983.71 | 29.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 26,928.50 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,036.25 |
| Disbursements to Creditors | $ | 119.00 |
| **TOTAL DISBURSEMENTS:** | $ | 2,155.25 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/27/2010           /s/ Tom Vaughn
                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**